IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURA LIBASSI,

      Plaintiff,

      vs.                                  No. 09-CV-00359 WPJ/RLP

ABE'S MOTEL AND
FLY SHOP, INC. d/b/a
EL PESCADOR RESTAURANT,

      Defendant.

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THE PLAINTIFF, by and through her counsel of record, and the Defendant, by and through its counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of all pending claims without prejudice.

                        Respectfully submitted,
                        **MONTOYA LAW, INC.**

                    By:   /s/ Dennis W. Montoya (filed electronically)
                          Dennis W. Montoya
                          Post Office Box 15235
                          Rio Rancho, NM 87174-0235
                          Telephone:  (505) 246-8499

APPROVED BY:

FINCH & OLSON, P.A.

By:  /s/ Jennifer L. Olson (approved telephonically)
      Jennifer L. Olson
110 E. Arrington
Post Office Box 2721
Farmington, New Mexico 87499
Telephone:  (505) 327-5538